**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 09-cv-00373-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   **August 17, 2009** | **Courtroom Deputy:**   Linda Kahoe |

LAZY DOG PROPERTIES, LLC, *et al.,*                          Adam F. Aldrich

     Plaintiffs,

     v.

SERVICE INSURANCE AGENCY, INC., *et al.,*                 Keith Robert Olivera

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:   8:31 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiff's Unopposed Motion to Stay.

The court suggests that the issue regarding observation of the arbitration be addressed with the parties and the arbitrator.

For the reasons as stated on the record, it is:

**ORDERED:**   The Settlement Conference set for August 21, 2009 at 1:30 p.m. is VACATED.

**ORDERED:**   Plaintiff's Unopposed Motion to Stay (doc #[21], filed August 5, 2009) is
               **GRANTED IN PART and DENIED IN PART**.  The motion is granted to the
               extent that Plaintiff seeks to stay all discovery pending a resolution of the
               arbitration in December.  The motion is denied as it relates to the Motion to
               Dismiss pending before Judge Arguello.

HEARING CONCLUDED.
**Court in recess**:       **8:45 a.m.**
Total time in court:     00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.