IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00373-CMA-CBS

LAZY DOG PROPERTIES, LLC, a Wyoming limited liability company,
STEPHEN PAT SIMPSON, an individual, and
JULIA SIMPSON, an individual,

    Plaintiffs,

v.

SERVICE INSURANCE AGENCY, INC., a Utah corporation, and
PHILIP J. TIMOTHY, an individual,

    Defendants.

## ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS

The matter is before the Court on Defendants' Motion to Dismiss. (Doc. # 12.) Discovery in this case has been stayed since August 17, 2009, pending the outcome of arbitration proceedings between Plaintiffs and a third-party contractor. (Doc. # 24.)

Although the arbitration proceedings do not directly involve Defendants, the outcome of those proceedings may resolve Plaintiffs' claims against Defendants. (*See* Doc. # 21.) As stated by Plaintiffs in their motion to stay, "[t]he damages award in the arbitration will determine the amount of damages, if any, that will be sought by Plaintiffs against Defendants." (*Id.* at 3.) Defendants did not oppose that motion nor later motions to continue the stay. (*See* Doc. ## 25, 28.)

Given the foregoing, and counseled by its inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants[,]"[1] the Court DENIES WITHOUT PREJUDICE Defendants' Motion to Dismiss (Doc. # 12.)  Defendants may re-file their motion, if appropriate, after Plaintiffs compete their arbitration.

DATED:  March __10__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).