IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00373-CMA-CBS

LAZY DOG PROPERTIES, LLC, a Wyoming limited liability company,
STEPHEN PAT SIMPSON, an individual, and
JULIA SIMPSON, an individual,

    Plaintiffs,

v.

SERVICE INSURANCE AGENCY, INC., a Utah corporation, and
PHILIP J. TIMOTHY, an individual,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Plaintiffs' Motion To Dismiss (Doc. # 39) and in accordance with Fed. R. Civ. P. 41(a)(2), it is hereby

ORDERED that this cause of action is DISMISSED WITHOUT PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: October 29, 2010

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge